IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA HOMMERT, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 07-00484-JPG-DGW |
| JEREMY MICHAEL McLEOD, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: October 3, 2008

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**